*Serve*



## IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JON A. CUNNINGHAM | Case Number: 1911-CC00891 |
| Plaintiff/Petitioner:<br>ELIZABETH KREUTZ<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RYAN P SCHELLERT<br>3930 OLD HWY 94 SOUTH, STE 108<br>SAINT CHARLES, MO 63304 |
| Defendant/Respondent:<br>GREIF RUVINOV DENTAL CARE LLC D/B/A<br>BROOKSIDE FAMILY DENTIST | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO 63301 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:  GREIF RUVINOV DENTAL CARE LLC D/B/A BROOKSIDE FAMILY DENTIST**
Alias:

**R/A DAVID STREETT**
**439 S. KIRKWOOD RD STE 204**
**ST. LOUIS, MO  63122**
    COURT SEAL OF

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**ST. CHARLES COUNTY**

———————9/18/2019———————          ————————/S/  Cheryl Crowder————————
         Date                                              Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

———————————————                                    ———————————————
Printed Name of Sheriff or Server                              Signature of Sheriff or Server
         Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____          ————————————————
                             Date                                Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $____10.00____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Exh. A-1

1911-CC00891

Electronically Filed - St Charles Circuit Div - September 16, 2019 - 04:17 PM

## IN THE ELEVENTH JUDICIAL CIRCUIT, STATE OF MISSOURI
## CIRCUIT JUDGE DIVISION

| | | |
|---|---|---|
| ELIZABETH KREUTZ | ) | |
| | ) | |
| **Plaintiff,** | ) | Cause No.: |
| | ) | |
| vs. | ) | Division: |
| | ) | |
| GREIF RUVINOV DENTAL CARE, LLC | ) | |
| d/b/a BROOKSIDE FAMILY DENTISTRY | ) | **JURY TRIAL DEMANDED** |
| | ) | |
|     Serve: | ) | |
|     Registered Agent | ) | |
|     David Streett | ) | |
|     439 S. Kirkwood Rd. – Suite 204 | ) | |
|     St. Louis, MO 63122 | ) | |
| | ) | |
| And | ) | |
| | ) | |
| KINGSTON DENTAL CENTER- | ) | |
| RONALD K. GREIF D.D.S., P.C. | ) | |
| | ) | |
|     Serve: | ) | |
|     Registered Agent | ) | |
|     Ronald K. Greif | ) | |
|     4442 Telegraph Rd. | ) | |
|     St. Louis, MO 63129 | ) | |
| | ) | |
| And | ) | |
| | ) | |
| BELLEVILLE DENTAL CARE – RONALD | ) | |
| K. GREIF, D.D.S. AND SAMIR RUVINOV, | ) | |
| D.D.S., P.C. | ) | |
| | ) | |
|     Serve: | ) | |
|     Registered Agent | ) | |
|     David Streett | ) | |
|     439 S. Kirkwood Rd. – Suite 204 | ) | |
|     St. Louis, MO 63122 | ) | |
| | ) | |
| And | ) | |
| | ) | |
| THE HILLS DENTAL CARE – RONALD | ) | |
| K. GREIF, D.D.S. AND SAMIR RUVINOV, | ) | |
| D.D.S., LLC | ) | |

1

Electronically Filed - St Charles Circuit Div - September 16, 2019 - 04:17 PM

Serve:                                                      )
Registered Agent                                            )
Ronald K. Greif                                             )
4442 Telegraph Rd.                                          )
St. Louis, MO 63129                                         )
                                                            )
And                                                         )
                                                            )
FLORISSANT DENTAL CARE – RONALD                             )
K. GREIF, D.D.S. AND SAMIR RUVINOV,                         )
D.D.S., LLC                                                 )
                                                            )
Serve:                                                      )
Registered Agent                                            )
Ronald K. Greif                                             )
4442 Telegraph Rd.                                          )
St. Louis, MO 63129                                         )
                                                            )
Defendants.                                                 )

## PETITION FOR DAMAGES

COMES NOW, Plaintiff Elizabeth Kreutz, by and through her attorneys, and for her

Petition, against Defendant Greif Ruvinov Dental Care, LLC and d/b/a Brookside Family

Dentistry, Defendant Kingston Dental Center-Ronald K. Greif D.D.S., P.C., Defendant Belleville

Dental Care-Ronald K. Greif D.D.S. and Samir Ruvinov, D.D.S., P.C., Defendant The Hills

Dental Care-Ronald K. Greif D.D.S. and Samir Ruvinov, D.D.S., LLC, Defendant Florissant

Dental Care-Ronald K. Greif D.D.S. and Samir Ruvinov, D.D.S., LLC states:

## JURISDICTION AND PARTIES

1.      The events involved in this Petition occurred in St. Charles County, Missouri.

2.      This Court has jurisdiction over the subject matter of this action.

3.      This Court has jurisdiction over the parties of this action.

Exh. A-3

Electronically Filed - St Charles Circuit Div - September 16, 2019 - 04:17 PM

4.      Plaintiff timely filed a charge of discrimination on or about July 6, 2018 with the EEOC, Charge number 28E-2018-01245C which was dually filed with the Missouri Commission on Human Rights, Charge number E-07/18-49704.

5.      Plaintiff was issued a Notice of Right to Sue from the Missouri Commission on Human Rights on June 18, 2019 and the U.S. Equal Employment Opportunity Commission on or about June 25, 2019.

6.      Plaintiff is an individual who is and was at all times herein after mentioned, a resident of St. Charles County, State of Missouri.

7.      Defendant Greif Ruvinov Dental Care, LLC d/b/a Brookside Family Dentistry (hereinafter referred to as Defendant Greif Ruvinov Dental Care and/or Defendants) is a domestic limited liability company located at 4442 Telegraph Rd, St. Louis, MO 63129, and that at all relevant times herein conducted business within St. Charles County, Missouri.

8.      Defendant Kingston Dental Center-Ronald K. Greif D.D.S., P.C. (hereinafter referred to as Defendant Kingston Dental Center and/or Defendants) is a domestic professional corporation located at 4442 Telegraph Rd, St. Louis, MO 63129, and that at all relevant times herein conducted business within St. Charles County, Missouri.

9.      Defendant Belleville Dental Care-Ronald K. Greif D.D.S. and Samir Ruvinov, D.D.S., P.C. (hereinafter referred to as Defendant Belleville Dental Care and/or Defendants) is a domestic professional corporation located at 4442 Telegraph Rd, St. Louis, MO 63129, and that at all relevant times herein conducted business within St. Charles County, Missouri.

10.     Defendant The Hills Dental Care-Ronald K. Greif D.D.S. and Samir Ruvinov, D.D.S., LLC. (hereinafter referred to as Defendant The Hills Dental Care and/or Defendants) is a

Exh. A-4

Electronically Filed - St Charles Circuit Div - September 16, 2019 - 04:17 PM

domestic limited liability company located at 4442 Telegraph Rd, St. Louis, MO 63129, and that at all relevant times herein conducted business within St. Charles County, Missouri.

     11.     Defendant Florissant Dental Care-Ronald K. Greif D.D.S. and Samir Ruvinov, D.D.S., LLC (hereinafter referred to as Defendant Florissant Dental Care and/or Defendants) is a domestic limited liability company located at 4442 Telegraph Rd, St. Louis, MO 63129, and that at all relevant times herein conducted business within St. Charles County, Missouri.

     12.     This Petition is authorized and instituted under the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C § 621, *et seq* and the Missouri Human Rights Act, § 213.010 RSMo., et seq. (MHRA).

## FACTS COMMON TO ALL COUNTS

     13.     Defendants are businesses engaged in the practice of Dentistry within Saint Charles County and the surrounding metropolitan area, that are owned and operated by the same ownership, Ronald Greif, individually and/or Ronald Greif and Samir Ruvinov, jointly.

     14.     Defendants share the same registered agent address, either Ronald Greif or David Streett.

     15.     Defendants share the same management.

     16.     Defendants share common ownership.

     17.     Defendants had interrelated operations, common management, centralized control of labor relationship and common ownership.

     18.     Defendants were joint employers of Plaintiff at all times relevant herein.

     19.     Plaintiff has been a dental hygienist since 1969.

     20.     Plaintiff worked as a dental hygienist for Dr. Michael K. Brown for 34 years at his location at 31 O'Fallon Square, O'Fallon, Mo 63366.

Electronically Filed - St Charles Circuit Div - September 16, 2019 - 04:17 PM

21.     Dr. Brown retired and sold his business to Dr. Tonya Winemiller in or about November 2017.

22.     Dr. Winemiller rebranded the business as Brookside Family Dentistry.

23.     Dr. Winemiller sold the business to Defendants in May of 2018.

24.     Defendants buy struggling dental practices and have multiple locations.   They have numerous locations under different names including Brookside Family Dentistry, Kingston Dental Center, Belleville Dental Care, the Hills Dental Care, Florissant Dental Care.

25.     Defendants' managers, Joe Jindela and Stacy Martin, from the other locations came to Plaintiff's employment location in O'Fallon (31 O'Fallon Square, O'Fallon, Mo 63366) to work and teach the staff.

26.     Plaintiff never had any issues with Dr. Brown or Dr. Winemiller.

27.     Plaintiff had problems with the Defendants' management.

28.     The Defendants began cutting Plaintiff's hours and moving her patients to other hygienists.

29.     The Defendants indicated that Plaintiff needed to retire.

30.     The Defendants had a staff meeting on June 25th that they did not notify Plaintiff of.

31.     At the meeting the Defendants discussed that they would have a younger hygienist, Lindsey, come from one of their other locations and gave her Plaintiff's patients.

32.     Plaintiff asked the Defendants' manager, Stacy Martin why Plaintiff was not invited to the meeting and why they were cutting Plaintiff's hours and giving Plaintiff's patients to other hygienists.

33.     Plaintiff told Stacey Martin that Plaintiff felt she was being disrespected.

5

Electronically Filed - St Charles Circuit Div - September 16, 2019 - 04:17 PM

34.     Stacey Martin told Plaintiff that we should agree to disagree and that Plaintiff was terminated.

## COUNT I - VIOLATIONS UNDER THE AGE DISCRIMINATION IN EMPLOYMENT ACT OF 1967 – 29 U.S.C. 621

35.     Plaintiff hereby re-alleges and incorporates by reference all facts contained in the previous paragraphs of her Petition for Damages as though fully stated herein.

36.     Plaintiff is a 74 year-old female.

37.     At all relevant times herein, Defendants were an employer as defined by The Age Discrimination in Employment Act of 1967.

38.     Plaintiff began working for Defendants on or about May 2018 in the position of dental hygienist.

39.     Plaintiff was abused, harassed, criticized and degraded by Defendants in order to get the Plaintiff to quit her employment.

40.     Defendants established and permitted an environment very hostile to Plaintiff, and made it very difficult for the Plaintiff to perform her job duties.

41.     Defendants intentionally engaged in unlawful employment practices in violation of 29 U.S.C. § 621, *et seq*., of the Age Discrimination in Employment Act of 1967, as amended, by practices including but not limited to the following:

a)      Treating Plaintiff differently than similarly situated individuals because of her age;

b)      Harassed and discriminated against Plaintiff in that she was subjected to hostile, offensive, abusive and unwelcome conduct and statements regarding her age; and,

c)      Retaliated against Plaintiff for filing complaints and/or for testifying in relation to complaints of discrimination;

6

Electronically Filed - St Charles Circuit Div - September 16, 2019 - 04:17 PM

42.      The actions of Defendants were motivated by Plaintiff's age.

43.      The Defendants authorized the doing and the manner of its agent's discriminatory acts.

44.      The Defendants ratified or approved the discriminatory actions of its agents

45.      As a direct and proximate result of these unlawful employment practices, Plaintiff has suffered losses of wages, benefits, experience, and career advancement, incurred attorney fees and also have suffered mental anguish and humiliation.

46.      Because of these damages, Plaintiff is entitled to such affirmative relief as may be appropriate, including but not limited to reinstatement, lost wages, and benefits in accordance with the provisions of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 621, *et seq*.

47.      The above actions by the Defendants were sufficiently severe and/or pervasive that a reasonable person would find Plaintiff's work environment to be hostile, offensive and/or abusive.

48.      At the time above actions by the Defendants occurred, and as a result of such actions, Plaintiff believed her work environment to be hostile and abusive.

49.      Defendants discharged and discriminated against Plaintiff with respect to her compensation, terms, conditions, or privileges of employment, because of her age and because of her complaints of harassment and discrimination.

50.      Defendants retaliated and discriminated against the Plaintiff, including terminating her, because she opposed practices prohibited by 29 U.S.C. § 621, *et seq*., of the Age Discrimination in Employment Act of 1967.

51.      Defendants' articulated reasons for its actions were pretexts for unlawful actions.

7

Electronically Filed - St Charles Circuit Div - September 16, 2019 - 04:17 PM

52.        Defendants' actions were intentional, willful, knowing, wanton and malicious, and in flagrant disregard for the rights of Plaintiff, and entitle Plaintiff to an award of punitive damages.

53.        Defendants terminated the Plaintiff on or about June 27, 2018.

**WHEREFORE**, Plaintiff prays this honorable court enter Judgment against the Defendants and in favor of the Plaintiff, to award the Plaintiff actual damages in the amount determined at trial but in excess of $25,000.00, for nominal damages in the event no actual damages are found, for back pay, front pay, for lost benefits, for punitive damages, for interest, for her costs and attorney's fees, for damages for past and future mental anguish, inconvenience, loss quality of life, and pain and suffering and for such other and further relief as the Court deems just and proper.

## COUNT II – VIOLATIONS OF THE MISSOURI HUMAN RIGHTS ACT:
## RETALIATION

54.        Plaintiff hereby re-alleges and incorporates by reference all facts contained in the previous paragraphs of her Petition for Damages as though fully stated herein.

55.        This Count is brought pursuant to the Missouri Human Rights Act (MHRA), Chapter 213 of the Missouri Revised Statutes.

56.        At all relevant times herein, the Defendants were an employer as defined by the MHRA.

57.        Plaintiff is a member of the class of people intended to be protected by the Missouri Human Rights Act, including, section 213.010, *et seq.*

58.        Section 213.070 R.S.Mo. states in relevant part "It shall be an unlawful discriminatory practice for an employer . . . To retaliate or discriminate in any manner against

8

Electronically Filed - St Charles Circuit Div - September 16, 2019 - 04:17 PM

any other person because such person has opposed any practice prohibited by this chapter or because such person has filed a complaint, testified, assisted, or participated in any manner in any investigation, proceeding or hearing conducted pursuant to this chapter".

59.     Plaintiff has been discriminated and retaliated against because of her complaints of harassment and discrimination.

60.     Plaintiff has been subjected to a hostile work environment due to her complaints regarding the harassment and discrimination.

61.     The discrimination and retaliation of the Plaintiff affected a term, condition, or privilege of her employment.

62.     Defendants were aware of the discrimination and retaliation inflicted on the Plaintiff.

63.     The management staff for the Defendants was unsupportive of the Plaintiff's complaints.

64.     The management staff for the Defendants failed to take appropriate action after Plaintiff complained of harassment, discrimination and retaliation.

65.     The harassment, discrimination and retaliation Plaintiff was subjected to was frequent and continuing in nature.

66.     Defendants retaliated against the Plaintiff because of her complaints of discrimination and harassment.

67.     The Defendants' actions were directly and causally connected to Plaintiff's opposition of practices prohibited by the MHRA.

9

Electronically Filed - St Charles Circuit Div - September 16, 2019 - 04:17 PM

68.      The discriminatory and harassing actions of Plaintiff's coworkers, managers and supervisors were sufficiently severe and/or pervasive that a reasonable person would find Plaintiff's work environment to be hostile, offensive and/or abusive.

69.      Plaintiff found her work environment to be hostile, offensive and/or abusive.

70.      Plaintiff complained to supervisors for the Defendants about the retaliation but they each refused to adequately address the situation.

71.      Defendants did not exercise reasonable care to prevent and promptly correct any discriminatory and retaliatory behavior by its employees.

72.      Defendants failed to provide the Plaintiff any preventive or corrective opportunities.

73.      Plaintiff was subject to discriminatory and retaliatory actions by the Defendants and its agents and employees.

74.      The Defendants' actions were directly and causally connected to Plaintiff's opposition of practices prohibited by the MHRA.

75.      Plaintiff was harassed, discriminated against, and terminated by the Defendants because of her exercising her rights under the Missouri Human Rights Act, as it relates to employment.

76.      Defendants retaliated and discriminated against Plaintiff because she opposed practices prohibited by Chapter 213 R.S.Mo. and/or because she filed a complaint, testified, assisted, or participated in investigations, proceedings or hearings conducted pursuant to Chapter 213 R.S.Mo.

77.      Defendants and its employees, by their actions and failures to act, including but not limited to those described above, have consistently retaliated and discriminated against the

10

Electronically Filed - St Charles Circuit Div - September 16, 2019 - 04:17 PM

Plaintiff on account of her complaints of harassment and discrimination on a continuing basis, since May 2018 to the date Plaintiff's employment ended, as an act or part of a pattern or practice of retaliation by the Defendants, as it relates to employment.

78.    Defendants, by its actions and failures to act, including but not limited to those described above, have consistently retaliated and discriminated against their employees on account of their complaints of harassment and discrimination on a continuing basis, as an act or part of a pattern or practice of discrimination by the Defendants, as it relates to employment.

79.    Plaintiff's complaints of harassment and discrimination and opposition to practices prohibited by Chapter 213 of the Missouri Revised Statutes were a contributing and motivating factor and the exclusive cause in Defendants' retaliation and actions against him including her termination.

80.    Plaintiff has suffered financial loss, incurred attorney fees and costs, decreased business opportunities, emotional pain, suffering, inconvenience, loss of enjoyment of life as a result of the actions of the Defendants.

81.    The Defendants' articulated reasons for its actions were pretexts for unlawful actions.

82.    The Defendants' conduct was outrageous because of the Defendants' evil motive or reckless indifference to the Plaintiff's rights.

83.    Defendants' actions were intentional, willful, knowing, wanton and malicious, and in flagrant disregard for the rights of Plaintiff, and entitle Plaintiff to an award of punitive damages.

**WHEREFORE**, the Plaintiff pray this court after a trial by jury, for which a jury is hereby demanded, to find that the Defendants have violated the rights of the Plaintiff as set forth

above; that a Judgment be entered ordering Defendants to make Plaintiff whole for the loss of

income she has suffered as a result of the unlawful acts of retaliation, including back pay from

the time of the unlawful discrimination with interest thereon and fringe benefits, front pay,

compensatory damages, damages for past and future mental anguish, inconvenience, loss quality

of life, and pain and suffering, punitive damages in the maximum amount allowed by law,

statutory damages, and other affirmative relief necessary to eradicate the effects of Defendants'

unlawful employment practices, in an amount to be determined at trial, in excessive of

$25,000.00; allow Plaintiff the costs of this action, including reasonable attorney fees and

expenses incurred; interest on all amounts, Grant such additional and affirmative relief as the

Court may deem just and proper.

## DEMAND FOR A JURY TRIAL

Plaintiff, through counsel, respectfully requests a trial by jury on all issues.

Respectfully submitted:

**KASPER LAW FIRM, LLC**

By: */s/ Ryan Schellert*
Kevin J. Kasper, #52171
Ryan Schellert, #56710
3930 Old Hwy 94 South
Suite 108
St. Charles, MO 63304
Ph: 636-922-7100
Fax: 866-303-2874
KevinKasper@KasperLawFirm.net
RyanSchellert@KasperLawFirm.net

*ATTORNEYS FOR PLAINTIFF*

Electronically Filed - St Charles Circuit Div - September 16, 2019 - 04:17 PM

Exh. A-13

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION

ELIZABETH KREUTZ,          )
                                     )
                  Plaintiff,    )    Case No.
                                     )
vs.                           )
                                   )    JURY TRIAL DEMANDED
GRIEF RUVINOF DENTAL CARE, LLC,  )
d/b/a BROOKSIDE FAMILY DENTISTRY,  )
*et al.*                              )
                 Defendants.   )

## NOTICE OF REMOVAL OF CIVIL ACTION

TO THE CLERK AND JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI, PLAINTIFF ELIZABETH KREUTZ AND HER ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that Defendants Grief Ruvinof Dental Care, LLC d/b/a/ Brookside Family Dentistry, Kingston Dental Center-Ronald K. Grief D.D.S., P.C., Belleville Dental Care-Ronald K. Greif, D.D.S. and Samir Ruvinov, D.D.S., P.C., The Hills Dental Care-Ronald K. Grief, D.D.S. and Samir Ruvinov, D.D.S., LLC, and Florissant Dental Care-Ronald K. Greif, D.D.S. and Samir Ruvinov, D.D.S., LLC, hereby remove the above-entitled action, Case No. 1911-CC00891, from the Circuit Court of the County of St. Charles, State of Missouri to the United States District Court for the Eastern District of Missouri, Eastern Division, pursuant to 28 U.S.C. §§1441 and 1446.

Defendants, by and through their attorneys, Harris, Dowell, Fisher & Young, L.C., state the following as grounds for removal of the above-captioned action:

1.      On September 16, 2019, Plaintiff instituted Civil Action No. 1911-CC00891 against Defendants in the Circuit Court of the Eleventh Judicial Circuit, St. Charles County,

1

State of Missouri, by filing a Petition.   Defendants Greif Ruvinov Dental Care LLC d/b/a Brookside Family Dentist and Belleville Dental Care were served on September 23, 2019, by service on their registered agent, David Streett, and thereafter Defendants received from their registered agent a copy of the Summons, Petition, and a Certificate of Service.   Defendants Kingston Dental Center, The Hills Dental Care, and Florissant Dental Care were served on September 24, 2019, by service on their registered agent, Ronald K. Greif, and thereafter Defendants received from their registered agent a copy of the Summons, Petition, and a Certificate of Service.   A copy of the Summons for each defendant, the Petition, the Certificate of Service, and the Server's Returns of Service for each defendant are attached as Exhibit A. Pursuant to 28 U.S.C. §1446(a), the attached exhibit A constitutes all process, pleadings, and orders served upon Defendants or filed or received in this action by Defendants.

2.      Pursuant to 28 U.S.C. §1446(b) this Notice of Removal is timely filed, as it is filed within thirty (30) days after Defendants were served on September 23 and 24, 2019, and within one year after commencement of this action.

3.   This Court has original jurisdiction over this action under the provisions of 28 U.S.C. § 1331, inasmuch as this case is a civil action containing counts arising under the laws of the United States.

4.   Venue is proper in this Court pursuant to 28 U.S.C. Sections §§105(a)(1), 1391, and 1446.

### Federal Question Jurisdiction

1.   Under 28 U.S.C. Section 1441, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing

the place where such action is pending.

2.   This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331, and is one which may be removed by Defendants pursuant to the provisions of 28 U.S.C. §1441, in that it arises under the Age Discrimination in Employment Act, 29 U.S.C. § 621, *et seq.*

3.   Defendants seek to remove this case to the United States District Court for the Eastern District of Missouri, on the basis of federal question jurisdiction.

4.   A copy of this Notice of Removal of Civil Action is being filed with the Clerk of the Circuit Court for the Eleventh Judicial Circuit, St. Charles County, State of Missouri and written notice will be given to Plaintiff's counsel, Kevin J. Kaspar and Ryan Schellert.

WHEREFORE, Defendant prays that this Court will make the proper orders to affect the removal of this cause from the Circuit Court of the Eleventh Judicial Circuit, St. Charles County, Missouri, to this Court.

Respectfully submitted,

HARRIS DOWELL FISHER & YOUNG, L.C.

By:  /s/ Fred A. Ricks, Jr.
       Fred A. Ricks, Jr., #MO31663
       Elizabeth A. Johnson, #MO49193
       15400 S. Outer Forty, Suite 202
       Chesterfield, MO 63017
       Phone:     (636) 532-0300
       Facsimile: (636) 532-0246
       fricks@harrisdowell.com

Attorneys for Defendants

Exh. A-16

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this _____<sup>th</sup> day of October, 2019, a copy of the

forgoing was mailed via U.S. Mail, First Class postage prepaid and also via the Clerk of Court to

be served by operation of the Court's electronic filing system upon the following:

KASPAR LAW FIRM, LLC

Kevin J. Kaspar
Ryan Schellert
3930 Old Hwy 94 South
Suite 108
St. Charles, MO 63304
Phone:  636-922-7100
Fax:  866-303-2874
KevinKaspar@KasparLawFirm.net
RyanSchellert@KasparLawFirm.net

Attorneys for Plaintiff


  /s/ Fred A. Ricks, Jr.

4

Exh. A-17



## IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division:<br>JON A. CUNNINGHAM | Case Number:  1911-CC00891 |
|---|---|
| Plaintiff/Petitioner:<br>ELIZABETH KREUTZ<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RYAN P SCHELLERT<br>3930 OLD HWY 94 SOUTH, STE 108<br>SAINT CHARLES, MO  63304 |
| Defendant/Respondent:<br> GREIF RUVINOV DENTAL CARE LLC D/B/A<br>BROOKSIDE FAMILY DENTIST | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  **KINGSTON DENTAL CENTER-RONALD K. GREIF DDS., P.C.**
**Alias:**

R/A RONALD K. GREIF
4442 TELEGRAPH RD.
ST. LOUIS, MO  63129
**COURT SEAL OF**

**ST. CHARLES COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____9/18/2019_____          _____/S/ Cheryl Crowder_____
Date                                                      Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

(Seal)          Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
Date                                                      Notary Public

**Sheriff's Fees, if applicable**

| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $____10.00____ | |
| Mileage | $_____ | (_____ miles @ $_____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Exh. A-18

*Return*

Electronically Filed - St Charles Circuit Div - September 25, 2019 - 02:24 PM



## IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division:<br>JON A. CUNNINGHAM | Case Number:  1911-CC00891 |
|---|---|
| Plaintiff/Petitioner:<br>ELIZABETH KREUTZ<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RYAN P SCHELLERT<br>3930 OLD HWY 94 SOUTH, STE 108<br>SAINT CHARLES, MO  63304 |
| Defendant/Respondent:<br>GREIF RUVINOV DENTAL CARE LLC D/B/A<br>BROOKSIDE FAMILY DENTIST | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO 63301 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

### Summons in Civil Case

The State of Missouri to:  KINGSTON DENTAL CENTER-RONALD K. GREIF DDS., P.C.
                          Alias:

R/A RONALD K. GREIF
4442 TELEGRAPH RD.
ST. LOUIS, MO 63129

COURT SEAL OF

**ST. CHARLES COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____9/18/2019_____          _____/S/ Cheryl Crowder_____
Date                                    Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at  4442  Telegraph Rd _____ (address)
in  St. Louis  (County/City of St. Louis), MO, on  9-24-19  (date) at  320p  (time).

Wayne Pollette
Printed Name of Sheriff or Server

Wayne Col Ette
Signature of Sheriff or Server

AMANDA L. MILLER
Notary Public - Notary Seal
St Charles County – State of Missouri
Commission Number 13534807
My Commission Expires Oct 6, 2021

Must be sworn before a notary public if not served by an authorized officer:

Subscribed and sworn to before me on  9-24-19  (date).

My commission expires:  Oct 06 2021
Date

_____
Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $ _____ |
| Non Est | $ _____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ ___10.00___ |
| Mileage | $ _____ ( _____ miles @ $._____ per mile) |
| Total | $ _____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Exh. A-19



## IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JON A. CUNNINGHAM | **Case Number: 1911-CC00891** |
| Plaintiff/Petitioner:<br>ELIZABETH KREUTZ<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RYAN P SCHELLERT<br>3930 OLD HWY 94 SOUTH, STE 108<br>SAINT CHARLES, MO  63304 |
| Defendant/Respondent:<br> GREIF RUVINOV DENTAL CARE LLC D/B/A<br>BROOKSIDE FAMILY DENTIST | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:**  THE HILLS DENTAL CARE-RONALD K GREIF DDS AND SAMIR RUVINOV
Alias:

R/A RONALD K GREIF
4442 TELEGRAPH RD
ST. LOUIS, MO 63129
*COURT SEAL OF*

**ST. CHARLES COUNTY**

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

_____9/18/2019_____          _____/S/ Cheryl Crowder_____
Date                                                                     Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                     Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*                  Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
Date                                                            Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $____10.00____ | |
| Mileage | $_____ (_____ miles @ $._____ per mile) | |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* **Document Id # 19-SMCC-1690**      1 of 1      Civil Procedure Form No. 1; Rules 54.01 – 54.05,<br>54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Exh. A-20

Electronically Filed - St Charles Circuit Div - September 25, 2019 - 02:24 PM

*Return*



**IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI**

| Judge or Division:<br>JON A. CUNNINGHAM | Case Number: 1911-CC00891 |
|---|---|
| Plaintiff/Petitioner:<br>ELIZABETH KREUTZ | Plaintiff's/Petitioner's Attorney/Address<br>RYAN P SCHELLERT<br>3930 OLD HWY 94 SOUTH, STE 108<br>SAINT CHARLES, MO 63304 |
| vs. | |
| Defendant/Respondent:<br>GREIF RUVINOV DENTAL CARE LLC D/B/A<br>BROOKSIDE FAMILY DENTIST | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO 63301 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | |
| | (Date File Stamp) |

## Summons in Civil Case

| | | |
|---|---|---|
| The State of Missouri to: | THE HILLS DENTAL CARE-RONALD K GREIF DDS AND SAMIR RUVINOV | |
| | Alias: | |

**R/A RONALD K GREIF**
**4442 TELEGRAPH RD**
**ST. LOUIS, MO 63129**
**COURT SEAL OF**

**ST. CHARLES COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

| _____9/18/2019_____ | _____/S/ Cheryl Crowder_____ |
|---|---|
| Date | Clerk |

Further Information:

## Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at   4442 Telegraph Rd _____ (address)
in   St Louis _____(County/City of St. Louis), MO, on   9-24-19   (date) at _____ (time).

Wayne Polette
_____Printed Name of Sheriff or Server_____      Wayne Polette
      Signature of Sheriff or Server

| | Must be sworn before a notary public if not served by an authorized officer: |
|---|---|
| AMANDA L. MILLER<br>Notary Public – Notary Seal<br>St Charles County – State of Missouri<br>Commission Number 13534807<br>My Commission Expires Oct 6, 2021 | Subscribed and sworn to before me on   9-24-19   (date).<br><br>My Commission expires:   Oct 06 2021   Amanda L. M<br>      Date      Notary Public |

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $   10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Exh. A-21



## IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division:<br>JON A. CUNNINGHAM | Case Number:  1911-CC00891 |
|---|---|
| Plaintiff/Petitioner:<br>ELIZABETH KREUTZ<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RYAN P SCHELLERT<br>3930 OLD HWY 94 SOUTH, STE 108<br>SAINT CHARLES, MO  63304 |
| Defendant/Respondent:<br> GREIF RUVINOV DENTAL CARE LLC D/B/A<br>BROOKSIDE FAMILY DENTIST | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

## Summons in Civil Case

| | |
|---|---|
| **The State of Missouri to:**  FLORISSANT DENTAL CARE-RONALD K GREIF DDS AND SAMIR RUVINOV<br>**Alias:** | |

**R/A RONALD K GREIF**
**4442 TELEGRAPH RD**
**ST. LOUIS, MO  63129**
COURT SEAL OF

**ST. CHARLES COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____9/18/2019_____ _____/S/ Cheryl Crowder_____
Date Clerk

Further Information: _____

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____ _____
Printed Name of Sheriff or Server Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)* Subscribed and sworn to before me on _____ (date).

My commission expires: _____ _____
Date Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $____10.00____ |
| Mileage | $_____ (_____ miles @ $_____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Exh. A-22

Electronically Filed - St Charles Circuit Div - September 25, 2019 - 02:24 PM

*Return*



## IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division:<br>JON A. CUNNINGHAM | Case Number: 1911-CC00891 |
|---|---|
| Plaintiff/Petitioner:<br>ELIZABETH KREUTZ | Plaintiff's/Petitioner's Attorney/Address<br>RYAN P SCHELLERT<br>3930 OLD HWY 94 SOUTH, STE 108<br>SAINT CHARLES, MO 63304 |
| vs. | |
| Defendant/Respondent:<br>GREIF RUVINOV DENTAL CARE LLC D/B/A<br>BROOKSIDE FAMILY DENTIST | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO 63301 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

### Summons in Civil Case

The State of Missouri to: **FLORISSANT DENTAL CARE-RONALD K GREIF DDS AND SAMIR RUVINOV**
Alias:

R/A RONALD K GREIF
4442 TELEGRAPH RD
ST. LOUIS, MO 63129
**COURT SEAL OF**

**ST. CHARLES COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

———— 9/18/2019 ————            ———— /S/ Cheryl Crowder ————
            Date                                    Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with
————————————————, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
———————————————— (name) ———————————————— (title).
☐ other: ————————————————————————————————————————.

Served at _4442 Telegraph Rd_ ———————————————— (address)
in _St. Louis_ ———— (County/City of St. Louis, MO), on _9-24-19_ (date) at _3:20p_ (time).

_Wayne Polette_                                    _Wayne Polette_
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

AMANDA L. MILLER
Notary Public – Notary Seal
St Charles County – State of Missouri
Commission Number 13534807
My Commission Expires Oct 6, 2021

Subscribed and sworn to before me on _9-24-19_ (date).
My commission expires: _Oct 06 2021_
            Date                    Notary Public

### Sheriff's Fees, if applicable

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $____10.00____ |
| Mileage | $_____ (____ miles @ $_____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* **Document Id # 19-SMCC-1691**    1 of 1    Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Exh. A-23



## IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| Judge or Division:<br>JON A. CUNNINGHAM | Case Number:  1911-CC00891 |
|---|---|
| Plaintiff/Petitioner:<br>ELIZABETH KREUTZ<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RYAN P SCHELLERT<br>3930 OLD HWY 94 SOUTH, STE 108<br>SAINT CHARLES, MO  63304 |
| Defendant/Respondent:<br> GREIF RUVINOV DENTAL CARE LLC D/B/A<br>BROOKSIDE FAMILY DENTIST | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  **GREIF RUVINOV DENTAL CARE LLC D/B/A BROOKSIDE FAMILY DENTIST**
         **Alias:**

R/A DAVID STREETT
439 S. KIRKWOOD RD STE 204
ST. LOUIS, MO  63122
     **COURT SEAL OF**

**ST. CHARLES COUNTY**

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

_____9/18/2019_____      _____/S/ Cheryl Crowder_____
        Date                                      Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____      _____
    Printed Name of Sheriff or Server                       Signature of Sheriff or Server
               **Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____      _____
                               Date                            Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Exh. A-24

*Return*

Electronically Filed - St Charles Circuit Div - September 24, 2019 - 03:44 PM



**IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>JON A. CUNNINGHAM | Case Number: **1911-CC00891** |
| Plaintiff's/Petitioner:<br>ELIZABETH KREUTZ | Plaintiff's/Petitioner's Attorney/Address<br>RYAN P SCHELLERT<br>3930 OLD HWY 94 SOUTH, STE 108<br>SAINT CHARLES, MO 63304 |
| vs. | |
| Defendant/Respondent:<br>GREIF RUVINOV DENTAL CARE LLC D/B/A<br>BROOKSIDE FAMILY DENTIST | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO 63301 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | *(Date File Stamp)* |

## Summons in Civil Case

| | |
|---|---|
| The State of Missouri to: | **GREIF RUVINOV DENTAL CARE LLC D/B/A BROOKSIDE FAMILY DENTIST**<br>Alias: |

**R/A DAVID STREETT**
**439 S. KIRKWOOD RD STE 204**
**ST. LOUIS, MO 63122**

*COURT SEAL OF*

**ST. CHARLES COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

| _____9/18/2019_____ | _____/S/ Cheryl Crowder_____ |
|---|---|
| Date | Clerk |

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☑ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).

☐ other: _____.

Served at __439 S. Kirkwood Rd__ (address)

in __St. Louis__ (County/City of St. Louis), MO, on __9-23-19__ (date) at __2pm__ (time).

__Wayne Polette__    __[signature] Wayne Polette__

Printed Name of Sheriff or Server    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on __9-23-19__ (date).

My commission expires: __Oct 06 2021__    __[signature]__

Date    Notary Public

AMANDA L. MILLER
Notary Public – Notary Seal
St Charles County – State of Missouri
Commission Number 13534809
My Commission Expires Oct 6, 2021

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $__10.00__ |
| Mileage | $_____ ( _____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Exh. A-25



## IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JON A. CUNNINGHAM | Case Number:  1911-CC00891 |
| Plaintiff/Petitioner:<br>ELIZABETH KREUTZ<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>RYAN P SCHELLERT<br>3930 OLD HWY 94 SOUTH, STE 108<br>SAINT CHARLES, MO  63304 |
| Defendant/Respondent:<br> GREIF RUVINOV DENTAL CARE LLC D/B/A<br>BROOKSIDE FAMILY DENTIST | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** BELLEVILLE DENTAL CARE-RONALD K GREIF DDS AND SAMIR RUVINOV
Alias:

R/A DAVID STREETT
439 S KIRKWOOD RD-STE 204
ST. LOUIS, MO  63122
**COURT SEAL OF**

**ST. CHARLES COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____9/18/2019_____          _____/S/  Cheryl Crowder_____
Date                                                                      Clerk

Further Information: _____

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                            Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
                                              Date                                          Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Exh. A-26

Electronically Filed - St Charles Circuit Div - September 24, 2019 - 03:44 PM

*Return*



**IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>JON A. CUNNINGHAM | Case Number: 1911-CC00891 |
| Plaintiff/Petitioner:<br>ELIZABETH KREUTZ<br><div align=right>vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>RYAN P SCHELLERT<br>3930 OLD HWY 94 SOUTH, STE 108<br>SAINT CHARLES, MO  63304 |
| Defendant/Respondent:<br>GREIF RUVINOV DENTAL CARE LLC D/B/A<br>BROOKSIDE FAMILY DENTIST | Court Address:<br>300 N 2nd STREET<br>SAINT CHARLES, MO  63301 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

## Summons in Civil Case

| | |
|---|---|
| The State of Missouri to: | **BELLEVILLE DENTAL CARE-RONALD K GREIF DDS AND SAMIR RUVINOV**<br>Alias: |

**R/A DAVID STREETT**
**439 S KIRKWOOD RD-STE 204**
**ST. LOUIS, MO  63122**

COURT SEAL OF

**ST. CHARLES COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____9/18/2019_____          _____/S/ Cheryl Crowder_____
Date                                                                      Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
- [ ] delivering a copy of the summons and a copy of the petition to the defendant/respondent.
- [ ] leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
- [ ] (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
- [ ] other: _____.

Served at  _439 S  Kirkwood Rd_ _____ (address)
in  _St Louis_ (County/City of St. Louis), MO, on  _9-23-19_ (date) at  _2 pm_ (time).

_Wayne Polette_ _____          _Wayne Colson_ _____
Printed Name of Sheriff or Server                        Signature of Sheriff or Server

AMANDA L. MILLER
Notary Public – Notary Seal
St Charles County – State of Missouri
Commission Number 13534807
My Commission Expires Oct 6, 2021

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on  _9-23-19_ (date).
My commission expires:  _Oct 06 2021_ _____          _Amanda Miller_ _____
Date                                                            Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $____10.00____ |
| Mileage | $_____ (____ miles @ $.____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Exh. A-27